**Order entered June 9, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00138-CV

## IN THE MATTER OF Z.T.

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-20-00919-X**

## ORDER

Before the Court is appellant's June 7, 2021 motion seeking a twenty-day extension of time to file her brief on the merits. We **GRANT** the motion **only to the extent** we extend the time to **June 18, 2021**. We caution appellant that no further extension will be granted absent extraordinary circumstances.

/s/    AMANDA L. REICHEK
JUSTICE